IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| REGINALD. GUIDRY JR., <br><br> Plaintiff, <br><br> vs. <br><br> JOHNNY PALERMO, Ex-Omaha Police Officer; <br><br> Defendant. | 8:24CV477 <br><br> **MEMORANDUM AND ORDER** |

    This matter is before the Court on plaintiff's second Motion to Appoint Counsel filed by Plaintiff Reginald Guidry Jr. ("Plaintiff") on February 10, 2025. Filing No. 11. Petitioner's first motion seeking the appointment of counsel, Filing No. 8, was denied by this Court less than a week before his second motion seeking appointment of counsel was filed. *See* Filing No. 10 (denying the first motion to appoint counsel on February 4, 2025). As nothing has changed in Petitioner's case which would necessitate this Court's reconsideration of its prior denial of Plaintiff's motion to appoint counsel, for the reasons set forth in this Court's February 4 Memorandum and Order, *see* Filing No. 10 at 2–3, Plaintiff's second motion for appointment of counsel, Filing No. 11, shall be denied without prejudice.

    The Court reminds Plaintiff that in the February 4 Memorandum and Order denying the first motion to appoint counsel, Petitioner was ordered to show cause why his case should not be dismissed for failure to pay the initial partial filing fee of $9.73, as assessed when this Court granted Plaintiff leave to proceed in forma pauperis. *See* Filing No. 10 at 1 (citing Filing No. 6). Plaintiff is reminded that he has through and until March 6, 2025, to pay the

initial partial filing fee or show cause why this case should not be dismissed for failure to pay it. *See* Filing No. 10 at 4. Plaintiff is warned that a failure to comply with the order to show cause shall result in the dismissal of his case without further notice.

IT IS THEREFORE ORDERED that: Petitioner's Motion to Appoint Counsel, Filing No. 11, is denied without prejudice to reassertion.

Dated this 13th day of February, 2025.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
Senior United States District Judge

2